

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00467-CV

NORTHWEST CATTLE FEEDERS,                                        APPELLANTS
LLC, AND RILEY LIVESTOCK INC.

V.

POINTS WEST COMMUNITY BANK                                        APPELLEE

------------

FROM THE 271ST DISTRICT COURT OF JACK COUNTY
TRIAL COURT NO. 16-06-052

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion to Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: March 29, 2018

------------

[1]*See* Tex. R. App. P. 47.4.